**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KOHL FALLIN** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No.:** |
| **MAYOR AND CITY COUNCIL OF BALTIMORE CITY** | * | |
| | * | |
| **Defendant** | | |

* * * * * * * * * * * * *

**NOTICE OF REMOVAL**

The Mayor and City Council of Baltimore City, by its undersigned attorneys, files this Notice of Removal of the Amended Complaint filed by Kohl Fallin (sometimes spelled incorrectly as "Falling"), pursuant to 42 U.S.C. §§ 1446(b). The Defendant respectfully removes this matter be removed from the Circuit Court for Baltimore City to the United States District Court for the District of Maryland, and as grounds therefore states:

1. The United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

2. Plaintiff served the attached First Amended Complaint on the Mayor and City Council of Baltimore on April 22, 2019. (The Amended Complaint is attached as Exhibit 1. The Notice of Service is attached as Exhibit 2.)

3. The First Amended Complaint asserted, for the first time, a federal claim arising under Title VII, 42 U.S.C. § 2000e. The original Complaint, attached as Exhibit 3, asserted only

state law claims arising under Maryland State Government Code, Ann. § 20-601 of the Maryland Human Relations Act.

4. The original Complaint had named the Defendant as the Baltimore City Department of Transportation ("DOT") and was served on the head of the DOT, Michelle Pourciau; it did not name the Mayor and City Council of Baltimore nor was the Complaint served on the City's resident agent, the City Solicitor.

5. Following a Motion To Dismiss based in part on the grounds that the Baltimore City Department of Transportation was not an entity capable of being sued and that service on the Director of Transportation was not adequate (*see* Exhibit 4), the Plaintiff filed an Amended Complaint that struck the Baltimore City Department of Transportation as a Defendant.

6. Plaintiff requested that a new summons be issued for the Mayor and City Council of Baltimore, and that summons was properly served on the City Solicitor for the City of Baltimore on April 22, 2019 (*see* Exhibit 2).

7. Defendant, pursuant to 28 U.S.C. § 1446(b), is filing this Notice of Removal within thirty days of service of Plaintiff's Complaint, thereby making removal of this action timely.

8. The former Defendant, identified as the "Baltimore City Department of Transportation," is not a legal entity capable of being sued and was appropriately stricken from the case by Plaintiff's Amended Complaint. Thus, the Department's consent is not required. However to the extent the Court determines otherwise, the Department would consent to this removal.

WHEREFORE Defendant respectfully requests this matter be removed from the Circuit Court for Baltimore City and proceed before this Court.

Respectfully submitted,

ANDRE M. DAVIS, City Solicitor

____________/s/________________________

Sharon A. Snyder, Bar No. 08623
Chief Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, Maryland 21202
(410) 396-3938
Sharon.Snyder@bmore.onmicrosoft.com

*Attorneys for Defendant, Mayor and City Council of Baltimore*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2019, I caused this Notice of Removal to be served via email and regular mail, postage prepaid, on:

Stacie Reimer
Dhali & Reimer
1828 L Street, N.W., Suite 600
Washington, DC 20036
staciereimer@dhalilaw.com

AJ Dhali
Dhali PLLC
1828 L Street, N.W., Suite 600
Washington, DC 20036
ajdhali@dhalilaw.com

/s/

Sharon A. Snyder, Bar No. 06823